# UNITED STATES DISTRICT COURT

## District of Minnesota

Darwin Mauricio Guaillas Saca,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Ryan Shea,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1087 (KMM/DJF)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Darwin G. S.'s Petition for a Writ of Habeas Corpus [Dkt. 1] is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Darwin G. S. **with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without conditions**. Because the Court previously ordered that Petitioner be kept in or returned to Minnesota [Dkt. 4], the Court assumes he is here and orders that he be released in Minnesota immediately, within 24 hours of this Order.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release certifying the date, time, and location of Petitioner's release. If Darwin G. S. has not been released as previously ordered, Respondents should immediately notify the Court of when he will be released.

Date: 2/9/2026

KATE M. FOGARTY, CLERK